**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-1348**

———————————

JLB REALTY, LLC,

              Plaintiff - Appellee,

        v.

CAPITAL DEVELOPMENT, LLC,

              Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, District Judge.
(1:09-cv-00632-BEL)

———————————

Submitted:  March 4, 2011            Decided:  March 21, 2011

———————————

Before MOTZ, GREGORY, and DAVIS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alan  J.  Hoff,  SELLMANHOFF,  LLC,  Baltimore,  Maryland,  for
Appellant. John  T.  Prisbe,  Gregory  T.  Wasylak,  VENABLE,  LLP,
Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Capital Development, LLC, appeals the district court's order granting summary judgment in favor of the Appellee on the Appellee's claim for a declaratory judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. JLB Realty, LLC v. Capital Dev., LLC, No. 1:09-cv-00632-BEL (D. Md. Mar. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED